**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JEHAN ZIBOUKH, MARGRET PHILIE, VERA FIGLOCK, NICOLE MAY, TYANA DAUGHTERY, SOLALIZ HERNANDEZ, and DEBRA KRYSTYN, on behalf of themselves and all others similarly situated, | Case No. 23-cv-15653 |
| Plaintiffs, | District Judge Thomas M. Durkin |
| v. | Magistrate Judge Maria Valdez |
| WHALECO INC. d/b/a TEMU, and PDD HOLDINGS INC., | |
| Defendants. | |

**DEFENDANTS' MOTION TO COMPEL ARBITRATION**

For the reasons set forth in the accompanying memorandum of law, Defendants Whaleco Inc. d/b/a/ Temu and PDD Holdings Inc. respectfully move to compel arbitration of the claims in the Complaint filed by Plaintiffs Jehan Ziboukh, Margret Philie, Vera Figlock, Nicole May, Tyana Daugherty, Solaliz Hernandez, and Debra Krystyn.

WHEREFORE, Defendants respectfully request that the Court enter an order enforcing the parties' arbitration agreement and granting Defendants' motion to compel arbitration. Defendants further request any other relief that this Court deems appropriate.

Dated: February 9, 2024

Respectfully submitted,
*/s/ Serrin Turner*
Serrin Turner, One of the Attorneys for Defendants Whaleco Inc. d/b/a Temu and PDD Holdings Inc.

Mark Mester (IL Bar No. 6196140)
Gary Feinerman (IL Bar No. 6206906)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: mark.mester@lw.com
gary.feinerman@lw.com

Serrin Turner (*pro hac vice*)
Matthew Valenti (*pro hac vice*)
Hadrian Luo (*pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: serrin.turner@lw.com
matthew.valenti@lw.com
hadrian.luo@lw.com