HAGENS BERMAN

Jeannie Evans jeannie@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
hbsslaw.com | 708-628-4966 phone | 708-628-4950 fax

January 3, 2025

***Via Email***

Serrin Turner
Matthew Valenti
Hadrian Luo
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: serrin.turner@lw.com
matthew.valenti@lw.com
hadrian.luo@lw.com

Re: *Ziboukh et al v. Whaleco Inc. et al*, No. 1:24-cv-03733-MKB-RML (E.D.N.Y.)
*Plaintiffs' Cover Letter regarding their memoranda in response to Defendants' motions to dismiss and to compel arbitration*

Counsel,

Pursuant to Judge Brodie's Individual Rules and the Court's August 19, 2024 Order, please find the following documents included with this correspondence:

1) Plaintiffs' Opposition to Defendants' Motion to Compel Arbitration;
2) Declaration of Jeannie Evans in Opposition to Defendants' Motion to Compel Arbitration and Exhibits;
3) Plaintiffs' Opposition to Defendants' Motion to Dismiss;
4) Declaration of Jeannie Evans in Opposition to Defendants' Motion to Dismiss; and
5) Plaintiffs' Appendices To Opposition To Defendants' Motion To Dismiss Claims Of Non-User Plaintiffs.

Sincerely,

HAGENS BERMAN SOBOL SHAPIRO, LLP

*/s/ Jeannie Evans*
Jeannie Evans

*Attorney for Plaintiffs*

Enclosures