**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEHAN ZIBOUKH, MARGRET PHILIE, VERA FIGLOCK, NICOLE MAY, TYANA DAUGHTERY, SOLALIZ HERNANDEZ, DEBRA KRYSTYN, I.E., A MINOR, CYNTHIA RODRIGUEZ, J.P., A MINOR, MIGUEL ACOSTA, VINSON MANGOS, NOAH KUPPER, J.P., A MINOR CHRISTIAN VEGA, A.H., A MINOR, AND OLAYA BOURAKKADI AMRANI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHALECO INC. d/b/a TEMU, and PDD HOLDINGS INC.,<br><br>Defendants. | Case No. 1:24-cv-03733-MKB-RML<br><br>District Judge Margo K. Brodie<br><br>Magistrate Judge Robert M. Levy |

**<u>NOTICE OF MOTION</u>**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the annexed Declaration of Serrin Turner, dated November 4, 2024, and the annexed Declaration of Kairui Zhang, dated November 4, 2024, the undersigned hereby moves this Court on behalf of Defendants Whaleco Inc. d/b/a Temu ("Temu") and PDD Holdings, Inc. (together "Defendants") before the Honorable Margo K. Brodie in Courtroom 6F of the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn New York 11201, for an order dismissing all claims brought by the Plaintiffs described in the Second Amended Complaint as not being Temu users and all claims against PDD Holdings, Inc. pursuant to Federal Rules of Civil Procedure 12(b)(1), (b)(2), and (b)(6).

PLEASE TAKE FURTHER NOTICE that Plaintiffs' opposition shall be served on or before January 3, 2025, and Defendants' reply shall be served and the fully briefed motion shall be filed on or before January 31, 2025 pursuant to Rule 3.D of Judge Margo K. Brodie's Individual Practices and Rules and the Court's August 19, 2024 Order.

Dated: November 4, 2024

Respectfully submitted,

*/s/ Serrin Turner*

Serrin Turner
Matthew Valenti
Hadrian Luo
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: serrin.turner@lw.com
matthew.valenti@lw.com
hadrian.luo@lw.com

*Attorneys for Defendants Whaleco Inc. d/b/a Temu and PDD Holdings Inc.*