**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEHAN ZIBOUKH, MARGRET PHILIE, VERA FIGLOCK, NICOLE MAY, TYANA DAUGHTERY, SOLALIZ HERNANDEZ, DEBRA KRYSTYN, I.E., A MINOR, CYNTHIA RODRIGUEZ, J.P., A MINOR, MIGUEL ACOSTA, VINSON MANGOS, NOAH KUPPER, J.P., A MINOR CHRISTIAN VEGA, A.H., A MINOR, AND OLAYA BOURAKKADI AMRANI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHALECO INC. d/b/a TEMU, and PDD HOLDINGS INC.,<br><br>Defendants. | Case No. 1:24-cv-03733-MKB-RML<br><br>District Judge Margo K. Brodie<br><br>Magistrate Judge Robert M. Levy |

**DECLARATION OF KAIRUI ZHANG IN SUPPORT OF DEFENDANT PDD HOLDINGS, INC.'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(2)**

I, Kairui Zhang, declare as follows:

1. I am the Director of Investor Relations for PDD Holdings Inc. ("PDD Holdings"). I have held this position since August 2023.

2. I am at least 18 years of age and am authorized to make representations on behalf of PDD Holdings, Inc.

3. I submit this declaration in support of PDD Holdings' motion to dismiss for lack of personal jurisdiction over PDD Holdings.

4. In my role, I am generally familiar with the corporate structure of PDD Holdings. I have personal knowledge of the facts stated in this affidavit. If called, I would testify competently thereto.

**A. PDD Holdings Is a Cayman Islands Holding Company and Has No Business Contacts with the U.S.**

5. PDD Holdings is a holding company incorporated in the Cayman Islands with its principal executive office at First Floor, 25 St. Stephen's Green, Dublin 2, D02 XF99, Ireland.

6. PDD Holdings does not operate any substantive business. PDD Holdings never manufactured, listed, displayed, advertised, sold, or shipped any products, nor does it offer any services, or advertise or solicit any business.

7. PDD Holdings is not registered to do business in New York or the U.S., and PDD Holdings does not hold any licenses by any state in the U.S. or local government agency in New York.

8. PDD Holdings has never appointed any agent for service of process in New York.

9. PDD Holdings does not own, lease, or operate any real property in New York or the U.S. and has never owned, leased, or maintained an office or other place of business in New York or the U.S.

10. PDD Holdings has never maintained a bank account, telephone number, or mailing address in New York.

**B. PDD Holdings Does Not Operate Temu or Pinduoduo**

11. PDD Holdings, as a holding company, does not operate either the Temu e-commerce marketplace ("Temu") or the Pinduoduo e-commerce marketplace ("Pinduoduo"), or any other e-commerce business.

12. PDD Holdings has never directed any sale of products or advertising toward New York or the U.S., solicited any business in New York, sold any products or services or shipped any products to New York or the U.S.

13. Whaleco Inc. ("Whaleco") (d/b/a Temu) is a Delaware corporation with a principal place of business at 31 St. James Avenue, Boston, Massachusetts 02116 and is an indirect wholly-owned subsidiary of PDD Holdings.

14. PDD Holdings has not taken payment from New York residents in connection with sales of the Temu e-commerce marketplace.

15. PDD Holdings does not and has never collected or stored any personal data from U.S. users of Temu. Nor does it have access to any personal data from U.S. users of Temu.

16. The operator of Pinduoduo does not operate or own Temu or Whaleco.

17. Pinduoduo does not ship goods to the U.S. or serve the U.S. market. There is no overlap between Pinduoduo and Temu in their geographic markets.

18. Whaleco operates the Temu platform in the U.S., including operating the Temu website and mobile application and related marketing, advertising, and decision-making.

19. PDD Holdings does not manage the day-to-day operations of Whaleco.

20. PDD Holdings does not operate social media accounts or other websites related to Whaleco or Temu.

21. PDD Holdings does not manage Whaleco's employees or payroll.

22. PDD Holdings does not share any of the following with Whaleco: articles of incorporation, annual reports, board meetings, bank accounts, and financial and accounting records.

23. PDD Holdings does not share any officers, directors, or employees with Whaleco.

24. Whaleco directly hires, pays, and manages its U.S. employees and also leases its own office space.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of November, 2024.

Kairui Zhang