**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEHAN ZIBOUKH, MARGRET PHILIE, VERA FIGLOCK, NICOLE MAY, TYANA DAUGHTERY, SOLALIZ HERNANDEZ, DEBRA KRYSTYN, I.E., A MINOR, CYNTHIA RODRIGUEZ, J.P., A MINOR, MIGUEL ACOSTA, VINSON MANGOS, NOAH KUPPER, J.P., A MINOR CHRISTIAN VEGA, A.H., A MINOR, AND OLAYA BOURAKKADI AMRANI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHALECO INC. d/b/a TEMU, and PDD HOLDINGS INC.,<br><br>Defendants. | Case No. 1:24-cv-03733-MKB-RML<br><br>District Judge Margo K. Brodie<br><br>Magistrate Judge Robert M. Levy |

**DECLARATION OF SERRIN TURNER IN SUPPORT OF**
**DEFENDANTS' MOTION TO DISMISS**

I, Serrin Turner, declare as follows:

1. I am a partner at the law firm Latham & Watkins LLP, 1271 Avenue of the Americas, New York, NY 10020, counsel for Defendants Whaleco Inc. d/b/a Temu and PDD Holdings Inc. in the above-captioned action. I am a member in good standing of the bar of the State of New York.

2. I respectfully submit this declaration in support of Defendants' motion to dismiss the Plaintiffs' second amended complaint ("SAC," ECF No. 64). I am familiar with all of the facts and circumstances set forth herein.

3. Attached as Exhibit A is a true and correct copy of a report cited throughout the Amended Complaint, titled "We Believe PDD Is a Dying Fraudulent Company and Its Shopping App TEMU is Cleverly Hidden Spyware that Poses an Urgent Security Threat to U.S. National Interests," published by the entity "Grizzly Research" on September 6, 2023, available at https://grizzlyreports.com/we-believe-pdd-is-a-dying-fraudulent-company-and-its-shopping-app-temu-is-cleverly-hidden-spyware-that-poses-an-urgent-security-threat-to-u-s-national-interests/ (last visited November 4, 2024). *See, e.g.*, SAC ¶¶ 4-5, 8, 101-123, 206, 216, 220.

4. Attached as Exhibit B is a true and correct copy of an article cited in the Amended Complaint, titled "Get Temu, the popular shopping app, off your phone now," published on the blog "Kim Komando" on April 15, 2023, available at https://www.komando.com/kims-column/temu-security-concerns/883861/ (last visited November 4, 2024). *See, e.g.*, SAC ¶¶ 5, 100, 133.

5. Attached as Exhibit C is a true and correct copy of an article cited in the Amended Complaint, titled "After TikTok, Montana Bans WeChat, Temu And Telegram From Government Devices," published on the website of International Business Times on May 18, 2023, available at https://www.ibtimes.com/after-tiktok-montana-bans-wechat-temu-telegram-government-devices-3694060 (last visited November 4, 2024). *See, e.g.*, SAC ¶¶ 6, 11, 95, 100.

6. Attached as Exhibit D is a true and correct copy of the Complaint filed in *Arkansas v. PDD Holdings Inc.*, No. 12cv-24-149 (June 25, 2024). *See e.g.*, SAC ¶¶ 96, 134, 148.

7. For easy reference and citation, page numbers have been added to the attached PDF version of each of these Exhibits.

I declare under the penalty of perjury, that the foregoing is true and correct.

Executed this 4th day of November, 2024.

__________________________
Serrin Turner