**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEHAN ZIBOUKH, MARGRET PHILIE, VERA FIGLOCK, NICOLE MAY, TYANA DAUGHTERY, SOLALIZ HERNANDEZ, DEBRA KRYSTYN, I.E., A MINOR, CYNTHIA RODRIGUEZ, J.P., A MINOR, MIGUEL ACOSTA, VINSON MANGOS, NOAH KUPPER, J.P., A MINOR CHRISTIAN VEGA, A.H., A MINOR, AND OLAYA BOURAKKADI AMRANI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHALECO INC. d/b/a TEMU, and PDD HOLDINGS INC.,<br><br>Defendants. | Case No. 1:24-cv-03733-MKB-RML<br><br>District Judge Margo K. Brodie<br><br>Magistrate Judge Robert M. Levy |

**DECLARATION OF SERRIN TURNER IN SUPPORT OF DEFENDANTS' REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THEIR MOTION TO COMPEL ARBITRATION**

I, Serrin Turner, declare as follows:

1. I am a partner at the law firm Latham & Watkins LLP, 1271 Avenue of the Americas, New York, NY 10020, counsel for Defendants Whaleco Inc. d/b/a Temu and PDD Holdings Inc. (together, "Defendants") in the above-captioned action. I am a member in good standing of the bar of the State of New York.

2. I respectfully submit this declaration in support of Defendants' Reply Memorandum of Law in Further Support of Their Motion to Compel Arbitration of Plaintiffs'

claims in their second amended complaint ("SAC," ECF No. 64). I am familiar with all of the facts and circumstances set forth herein.

3. Attached as Exhibit 1 is a true and correct copy of the Transcript of the Pre-Motion Telephone Conference held before the Honorable Chief Judge Margo K. Brodie in the above-captioned matter on August 2, 2024.

I declare under the penalty of perjury, that the foregoing is true and correct.

Executed this 18th day of February, 2025.

Serrin Turner