1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200 Fax: +1.212.751.4864
www.lw.com

LATHAM & WATKINS LLP

FIRM / AFFILIATE OFFICES
Austin, Beijing, Boston, Brussels, Century City, Chicago, Dubai, Düsseldorf, Frankfurt, Hamburg, Hong Kong, Houston, London, Los Angeles, Madrid, Milan, Munich, New York, Orange County, Paris, Riyadh, San Diego, San Francisco, Seoul, Silicon Valley, Singapore, Tel Aviv, Tokyo, Washington, D.C.

March 18, 2025

**VIA ECF**

Hon. Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Notice of Supplemental Authority
*Ziboukh et al. v. Whaleco Inc., et al.*, No. 1:24-cv-3733-MKB-RML (E.D.N.Y.)

Dear Chief Judge Brodie:

We write on behalf of Defendants Whaleco Inc. d/b/a Temu and PDD Holdings Inc. ("Defendants") in the above-captioned action, to apprise the Court of recent supplemental authority supporting Defendants' Motion to Compel Arbitration. *See* ECF No. 76. On February 28, 2025, the Ninth Circuit Court of Appeals issued its opinion in *Jones v. Starz Ent., LLC*, 2025 WL 649705 (9th Cir. Feb. 28, 2025). The *Jones* opinion, attached hereto as Exhibit A, rejects arguments that Plaintiffs advanced here in opposing arbitration. *See Jones*, 2025 WL 649705, at *4–*5 ("Consolidation is not the same as class or representative arbitration. . . . Our recent decision in *Heckman* offers helpful contrast."), *5 ("The reality is that she agreed to an arbitration that permits consolidation and got what she agreed to."), *6–*7 (holding that consolidation issue was delegated to arbitrator and stating that "no court would tolerate having to try 7,300 identical cases separately [and] [n]o arbitration provider should have to, either").

We thank the Court for its consideration of this supplemental authority in support of Defendants' Motion to Compel Arbitration.

Respectfully submitted,

*/s/ Serrin Turner*

Serrin Turner
of LATHAM & WATKINS LLP

cc: All Counsel of Record (via ECF)